Ætna Life Insurance Company, Respondent, Appellant, v. F. M. Murphy Trucking Corporation, Appellant, Respondent.— Order so far as appealed

from modified by granting motion for a bill of particulars as to items 11, 12, 24, 25, 37, 38, 49, 50 and 51, and by denying said motion as to items 13, 26, 39 and 52, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.